UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHAD AHMED,<br><br>                              Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>                              Respondent. | Case No.: 3:18-cv-02309-H-JLB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5 filing fee or qualified to proceed in forma pauperis, the Court dismisses the case without prejudice and with leave to amend. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than January 7, 2019,** a copy of this Order with the $5 fee or with adequate proof of his inability to pay the fee. The Clerk of Court will send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: November 7, 2018

                                                                                                                               */s/ Marilyn L. Huff*
                                                                                MARILYN L. HUFF, District Judge
                                                                                UNITED STATES DISTRICT

1

3:18-cv-02309-H-JLB